UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09CR387 CDP |
| | ) | |
| MARVIS T. BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has requested release on an unsecured bond, and the government does not object. After discussing the matter with the Pretrial Services Officer,

**IT IS HEREBY ORDERED** that defendant shall be released on an unsecured bond in the amount of $10,000.00 with standard conditions of release and the following additional conditions:

1. The defendant shall submit to supervision by the Pretrial Services Office and report as directed by the Pretrial Services Officer.

2. The defendant shall participate in a program substance abuse treatment and testing.

3. The defendant shall not travel outside the district without prior written permission of Pretrial Services.

4. The defendant will report to pretrial services as directed by the Pretrial Services officer.

5. The defendant shall obtain verifiable employment, and

6. Until employed, the defendant shall report in person weekly to his Pretrial Services Officer.

**IT IS FURTHER ORDERED** that the U.S. Marshal is directed to transport defendant Marvis T. Barnes to **U.S. Magistrate Judge Mary Ann L. Medler** for a bond appearance hearing in this matter set for **Thursday, August 6, 2009 at 9:30 a.m. in Courtroom 13-South** where the defendant shall sign the bond documents and review his conditions of release.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2009.